**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYAN P. BONHAM, | Case No.: 2:23-cv-01317-JAD-NJK |
| Petitioner | |
| v. | **Order Denying Application to Proceed *In Forma Pauperis*, Dismissing Petition, Denying Certificate of Appealability, and Closing Case** |
| STATE OF NEVADA, *et al.*, | |
| Respondents | |

Petitioner Bryan P. Bonham, an individual incarcerated at Nevada's High Desert State Prison, has submitted what he has styled as a pro se petition for writ of habeas corpus and exhibits.[1]  He submitted an application to proceed *in forma pauperis* but failed to include the completed financial certificate and inmate account statements.[2]  Accordingly, this matter has not been properly commenced and is subject to dismissal on that basis.[3]

The purported petition also suffers from various defects.  First, the petition is not on this court's form, nor does it substantially follow the form, as required by the local rules.[4]  Second, while Bonham purports to set forth two grounds for federal habeas relief, he mainly appears to argue that the several Nevada statutes are invalid, unconstitutional, and void.[5]  He also seems to

---

[1] ECF Nos. 1-1, 1-2, 3, 4.

[2] ECF No. 1.

[3] 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

[4] LSR 3-1.

[5] The statutes that Bonham references include NRS 220.170, the statute governing certification of NRS and supplements, and NRS 220.120, requiring state statutes to refer to persons with disabilities in respectful language.

assert that many Nevada laws have not been properly enacted.  However, a petitioner may only

seek a writ of habeas corpus in federal court on the ground that he is in custody in violation of

the Constitution or laws or treaties of the United States.[6]  Bonham has not set forth any

underlying claims that his judgment of conviction or sentence are unconstitutional.  Accordingly,

the petition is also subject to dismissal for failure to state claims cognizable in habeas corpus.[7]

IT IS THEREFORE ORDERED that petitioner's incomplete application to proceed *in forma pauperis* **[ECF No. 1] is DENIED**, and **the petition is DISMISSED.  This court declines to issue a certificate of appealability.**

The Clerk of Court is directed to **DETACH and FILE the petition** at ECF Nos. 1-1, 1-2, **ENTER JUDGMENT accordingly, and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 3, 2023

---

[6] 28 U.S.C. § 2254(a).

[7] This court takes judicial notice of its docket and notes that Bonham has been specifically advised previously of the court's required form and of the requirements of § 2254(a).  *See* 2:22-cv-01149-MMD-BNW; 2:23-cv-01174-RFB-NJK (both dismissed for failure to use or substantially follow court's form and failure to state claims for which federal habeas relief may be granted).  Moreover, the docket reflects that Bonham has filed numerous actions here, including several habeas petitions.  *See, e.g.*, 2:22-cv-01230-APG-DJA, 2:23-cv-01172-CDS-BNW.